UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

    SEARCH WARRANTS fof
    27867 Orchard Lake Road
    Farmington Hills, MI 48334
    SW # 07x50410-F                         No. 07-X-51008

and                                               Hon. Gerald E. Rosen

    8551 Kenwood Street
    Oak Park, MI 48237
    SW # 07x50410-E

Movant: Stacy Hogan Gianoplos
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION AND DENYING
MOVANT'S PETITION FOR RETURN OF PROPERTY AND
<u>FOR TEMPORARY RESTRAINING ORDER AND INJUNCTION</u>

        At a session of said Court, held in
        the U.S. Courthouse, Detroit, Michigan
        on <u>     April 15, 2008     </u>

        PRESENT:  Honorable Gerald E. Rosen
                              United States District Judge

       This matter having come before the Court on the February 19, 2008 Report and

Recommendation of United States Magistrate Judge Virginia M. Morgan recommending

that the Court deny Stacy Hogan Gianoplos's Petition for the Return of Property and for

Temporary Restraining Order and Injunction, and dismiss this case in its entirety; and the

Court having reviewed the Magistrate Judge's Report and Recommendation, Petitioner's

Objections and the Government's Reply thereto, having concluded, for the reasons stated

in the Report and Recommendation, that this Court lacks jurisdiction to disturb the DEA's final administrative forfeiture determination, and therefore, Ms. Gianoplos' Petition should be denied and this case should, accordingly, be dismissed in its entirety; and the Court being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of February 19, 2008 **[Dkt. #. 10]** be, and hereby is, ADOPTED by the Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Movant Stacy Hogan Gianaplos's Petition for the Return of Property and for Temporary Restraining Order and Injunction is DENIED, and this case, accordingly is DISMISSED.


                                      s/Gerald E. Rosen
                                      Gerald E. Rosen
                                      United States District Judge

Dated: April 15, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 15, 2008, by electronic and/or ordinary mail.

                                      s/LaShawn R. Saulsberry
                                      Case Manager